IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAER N. SOW,

    Plaintiff,

  v.

SAN FRANCISCO SHERIFF DEPARTMENT,

    Defendant.
_____/

No. C 06-01659 WHA

**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

On October 16, 2006, this Court issued an order dismissing plaintiff Saer Sow's complaint for violation of civil right s under 42 U.S.C. 1983. He was granted leave to amend the complaint and to file a new affidavit in support of his application to proceed in forma pauperis. Plaintiff's affidavit was filed on November 9, but no amendments to his claim were made.

Plaintiff shall be granted additional time in which to file his amended complaint. Plaintiff shall file his amended complaint no later than **MONDAY, DECEMBER 18, 2006**.

**IT IS SO ORDERED.**

Dated: November 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE