**United States District Court**
For the Northern District of California

1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    SAER SOW,

11              Plaintiff,                        No. C 06-1659 WHA (PR)

12        v.                                      **ORDER OF DISMISSAL**

13    MICHAEL HENNESSEY, Sheriff;
      and  Deputy HILL, Sergeant
14    WILLIAMS, and Deputy BLANKO,
      San Francisco County Jail, San Bruno
15    Facility,

16              Defendants.
      _____/
17

18          This is a civil rights case filed pro se by a state prisoner.  Mail sent to plaintiff at the last

19    address he provided has been returned as undeliverable.  More than sixty days have passed

20    since the mail was returned.  This case is DISMISSED without prejudice. *See* Local R. 3-11(b).

21    **IT IS SO ORDERED.**

22

23    Dated:  July ___15___, 2008.         _____

24                                         WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE
25

26

27    G:\PRO-SE\WHA\CR.06\SOW659.DSM-mail.wpd

28